UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                       :

NECHAMA KAISER                          :

                   Plaintiff,           :

                 -against-          :     25-CV-01639 (MKV)

                                         :

NYU GROSSMAN SCHOOL OF MEDICINE  :
and NAOMI SIMON                 :

                 Defendants.       :
------------------------------------------------------------------x

## FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant NYU Grossman School of Medicine hereby states that it is not publicly held and possesses no parents, affiliates and/or subsidiaries that are publicly held.

Dated: New York, New York
       April 28, 2025

                                 CERASIA LAW LLC

                                 *Edward Cerasia II*

                            By_____
                                 Edward Cerasia II
                                 Alison L. Tomasco
                             101 Eisenhower Parkway, Suite 300
                             Roseland, New Jersey 07068
                             646.525.4231
                             ed@cdemploymentlaw.com
                             alison@cdemploymentlaw.com

                             *Attorneys for Defendants*