USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NECHAMA KAISER,

               Plaintiff,

               -against-

NYU GROSSMAN SCHOOL OF MEDICINE
and NAOMI SIMON,

               Defendant.

1:25-cv-01639-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that, **on or before July 6, 2026**, the parties are directed to submit a joint letter updating the Court as to the status of this case and the parties proposed next steps.

**SO ORDERED.**

**Date:  June 26, 2026**
      **New York, NY**

_____
         **MARY KAY VYSKOCIL**
         **United States District Judge**

1